UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORIGINAL

- - - - - - - - - - - - - - - - - - - X
   :
UNITED STATES OF AMERICA      :
   :
     -v-      :
   :
AARON CALLOCK,      :
ARTHUR LOWE,      :   **ORDER**
 a/k/a "Mark,"      :   07 Cr. 500
DANE CLARKE,      :
 a/k/a "Hawk,"      :
JENNY SUE LEASURE,      :
TAMERIA MCKENNEY,      :
BETTY CRAVEN,      :
ROBERTA BRASSEUR,      :
JOSEPH HARTLINE,      :
 a/k/a "Mike,"      :
CHRISTIN VANCAMP,      :
JULIE GILLMAN, and      :
KELLIE KIRKBRIDE,      :
   :
      Defendants.      :
   :
- - - - - - - - - - - - - - - - - - - X

      Upon the application of the United States, by the
United States Attorney for the Southern District of New York,
Michael J. Garcia, by Assistant United States Attorney Jenna M.
Dabbs;

      It is found that the Indictment in the above-captioned
action is currently sealed and the United States Attorney's
Office has applied to have that Indictment unsealed, it is
therefore



ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
       June 11, 2007

UNITED STATE MAGISTRATE JUDGE

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

AARON CALLOCK, ARTHUR LOWE, a/k/a "Mark,"
CANE CLARKE, a/k/a "Hawk," JENNY SUE
LEASURE, TAMERIA MCKENNEY, BETTY
CRAVEN, ROBERTA BRASSEUR, JOSEPH
HARTLINE, a/k/a "Mike," CHRISTIN VANCAMP,
JULIE GILLMAN, and KELLIE KIRKBRIDE,

Defendants.

## ORDER

07 Cr. 500

_____

MICHAEL J. GARCIA
United States Attorney.